```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611091564
Cashier ID: sprinka
Transaction Date: 11/22/2013
Payer Name: SCLS

CIVIL FILING FEE
 For: mark heinrichs
 Case/Party: D-CAN-3-13-CV-005434-001
 Amount:          $400.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 5013
 Amt Tendered: $400.00

Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

jsc


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```