IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK HEINRICHS, individually and on behalf of all others similarly situated,

  Plaintiff,

 v.

WELLS FARGO BANK, N.A.,

  Defendant.
             /

No. C 13-05434 WHA

**NOTICE RE UPCOMING HEARING**

  Your case is set for a motion hearing on March 6, 2014.  Please remember our need to train our next generation of lawyers.  So please consider the advisability of assigning the argument to a lawyer of less than four years experience out of law school in your office.  If you file a notice stating that such a lawyer will conduct the argument (for at least one side), then the hearing will definitely go forward; otherwise, the Court may rule in advance based on the papers if it concludes an oral argument would be of limited value in resolving the motion, in which case the hearing would be vacated.  If you intend to file such a notice, please do so by **12 PM ON MARCH 4, 2014.**

  **IT IS SO ORDERED.**

Dated: March 3, 2014.

            WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE