DAVID M. GOSSETT (D.C. Bar No. 468390)
david.gossett@fcc.gov
Telephone: (202) 418-0980
Facsimile: (292) 418-2822

RICHARD K. WELCH (Va. Bar No. 28920)
richard.welch@fcc.gov
Telephone: (202) 418-7225
Facsimile:  (202) 418-2819

LAUREL R. BERGOLD (D.C. Bar No. 911339)
laurel.bergold@fcc.gov
Telephone: (202) 418-1747
Facsimile:  (202) 418-2819

FEDERAL COMMUNICATIONS COMMISSION
445 12th Street S.W.
Washington D.C. 20554

Attorneys for *Amicus Curiae*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE**

| | |
|---|---|
| MARK HEINRICHS, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A. et al,<br>　　　　　　　Defendant. | No.  CV 13-05434 WHA<br>Hon. William H. Alsup<br><br>**CLASS ACTION**<br><br>**STATUS REPORT** |

　　　　The Federal Communications Commission hereby responds to the Court's September 3, 2014 request for a status update concerning two petitions pending before the agency involving an issue arising under the Telephone Consumer Protection Act ("TCPA").  Petition for Expedited Declaratory Ruling, filed by United Healthcare Services, Inc. (Jan. 16, 2014); Petition for Rulemaking of ACA International (Jan. 31, 2014).  The Court noted that it "has been informed"

Status Report
*MARK HEINRICHS v. WELLS FARGO BANK, N.A. et al*, CV 13-05434 WHA

by the parties to the above-captioned case that these petitions are "potentially dispositive" of the issue in this case (Court Order at 1), *i.e.*, whether the "express consent" exception in 47 U.S.C. § 227(b)(1)(A) applies to autodialed or prerecorded calls to a wireless telephone number that has been reassigned to a new subscriber without the caller's knowledge, when the previous subscriber (but not the new subscriber) had given the calling party consent to place calls to that telephone number.

      The Commission has not in the past directly addressed the issue of consent as applied to calls made to reassigned wireless telephone numbers raised by the two petitions. The Commission has solicited comments on this subject from interested parties. Its staff has reviewed those comments and is formulating recommendations that will be presented to the FCC's commissioners for a vote. Although substantial progress has been made, in response to the Court's specific question, Commission counsel does not anticipate that the agency will issue a final decision on either of the pending petitions by the middle of October 2014. Nor is Commission counsel in a position to predict when the Commission will vote to approve a final order on this matter.

      Respectfully submitted,

_____
David M. Gossett
Acting Deputy General Counsel

Richard K. Welch
Deputy Associate General Counsel

Laurel R. Bergold
Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1700

September 25, 2014
Status Report
*MARK HEINRICHS v. WELLS FARGO BANK, N.A. et al*, CV 13-05434 WHA