| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>Jeremy M. Glapion<br>Email:  jglapion@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>Nicole D. Sugnet (State Bar No. 246255)<br>nsugnet@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>HYDE & SWIGART<br>Joshua Swigart (State Bar No. 225557)<br>josh@westcoastlitigation.com<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108-3551<br>Telephone:  (619) 233-7770<br>Facsimile:  (619) 297-1022 | MEYER WILSON CO., LPA<br>Matthew R. Wilson (State Bar No.  290473)<br>mwilson@meyerwilson.com<br>Michael J. Boyle, Jr. (State Bar No. 258560)<br>mboyle@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066<br><br>KAZEROUNI LAW GROUP<br>Abbas Kazerounian (State Bar No. 249203)<br>ak@kazlg.com<br>Matthew M. Loker (State Bar No. 279939)<br>ml@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA  92626<br>Telephone:  (800) 400-6806<br>Facsimile:  (800) 520-5523 |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARK HEINRICHS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No.  C 13-05434 WHA<br><br>**PLAINTIFF'S RESPONSE TO DECLARATION OF ERIC J.TROUTMAN REGARDING STATUS OF FCC PROCEEDINGS** |

On February 28, 2014, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), moved to stay this action under the primary jurisdiction doctrine. Dkt. No. 33. Wells Fargo argued that the Court should await decisions on two petitions to the Federal Communications Commission ("FCC") that purportedly involved issues "best left to the FCC to be determined using its unique fact-finding abilities and technical expertise." *Id.* at 2. In its reply brief, Wells Fargo argued that a stay was necessary to avoid expending resources on litigating the case. Dkt. No. 48 at 14. Taking Wells Fargo at its word, the Court stayed this action until October 15, 2014. Order Granting Motion to Stay ("Stay Order"), Dkt. No. 56 at 3.

Wells Fargo's Declaration of Eric J. Troutman Regarding Status of FCC Proceedings details that, during the Court-ordered stay, Wells Fargo has actively lobbied the FCC ex parte to absolve itself from liability in this action. Dkt. No. 59. Specifically: (1) Wells Fargo sent its counsel in this action on multiple trips to Washington, D.C.; (2) Wells Fargo's counsel met several times with FCC advisors, staff, and legal counsel; (3) Wells Fargo's paid lobbyist made ex parte factual arguments to the FCC regarding Wells Fargo's practices;[1] and (4) Wells Fargo's paid lobbyist made legal arguments to the FCC regarding the effect of an unrelated Supreme Court case. *Id.* ¶¶5-8. In this ex parte lobbying to the FCC, Wells Fargo's counsel and lobbyist argued about the impact any FCC action would have on ***this*** case. *Id.* ¶6. ("The *Heinrichs* litigation was specifically discussed during those meetings."). All of Wells Fargo's ex parte lobbying occurred ***after*** the period for public comment on the FCC petitions passed. *See* Stay Order at 2, 3.

At Wells Fargo's urging, the Court stayed this action for six months while Wells Fargo devoted its efforts to a comprehensive ex parte lobbying campaign designed to absolve itself of liability in this action. None of Wells Fargo's pre-stay submissions to this Court stated its intention to engage in ex parte lobbying. Plaintiff respectfully submits that the time has come to lift the stay.

---

[1] Monica Desai is the same paid lobbyist who submitted an "expert" declaration to this Court. *See* Dkt. No. 50.

1198342.1 - 1 - PLAINTIFF'S RESPONSE TO TROUTMAN DECL. REGARDING STATUS OF FCC PROCEEDINGS
C-13-05434 WHA

| | |
|---|---|
| Dated: October 1, 2014 | By:   /s/ *Jonathan D. Selbin* |

                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email:  jselbin@lchb.com
Jeremy M. Glapion (admitted *pro hac vice*)
Email:  jglapion@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Email:  dhutchinson@lchb.com
Nicole D. Sugnet (State Bar No. 246255)
Email: nsugnet@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
mwilson@meyerwilson.com
Michael J. Boyle, Jr. (State Bar No. 258560)
mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
Matthew M. Loker (State Bar No. 279939)
ml@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff Heinrichs and the Proposed Class*