IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK HEINRICHS, individually and on
behalf of all others similarly situated,

        Plaintiff,

  v.

WELLS FARGO BANK N.A.,

        Defendant.

                        /

No. C 13-05434 WHA

**ORDER LIFTING STAY
AND SETTING CASE
MANAGEMENT CONFERENCE**

This action was stayed by an order filed on April 15, 2014.  Pursuant to the undersigned judge's request dated September 3, 2014, the Office of General Counsel of the Federal Communications Commission submitted a response, indicating that "[a]lthough substantial progress has been made," the FCC does not anticipate issuing a final decision on the two petitions potentially dispositive of this action by the middle of this month.  The Office of General Counsel has further stated that it is not in a position to predict when the agency will vote to approve a final order on those petitions (Dkt. Nos. 56–58).

As such, and having reviewed the supplemental declarations, responses, and joint statement filed by the parties, this order **LIFTS THE STAY**.  Moreover, the parties shall return for a further case management conference at **11 AM ON NOVEMBER 6, 2014**.

      **IT IS SO ORDERED.**

Dated:  October 16, 2014.

                                          
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE