IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK HEINRICHS, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

WELLS FARGO BANK N.A.,

    Defendant.

No. C 13-05434 WHA

**ORDER RE JOINT CASE MANAGEMENT STATEMENT**

In preparation for the further case management conference on November 6, 2014, the parties shall also file a joint case management statement due by **OCTOBER 30, 2014**.

**IT IS SO ORDERED.**

Dated: October 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE